**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


**JAMES KELLEY**                                                                          **PLAINTIFF**

**V.**                                              **5:10CV00288 JMM**

**JIM WHITE, Individually and
in his Official Capacity as
Chief of Police of the City of
McGehee, Arkansas**                                                             **DEFENDANT**

**JUDGMENT**

    Pursuant to the Order granting Defendant's Motion for Summary Judgment, Judgment is

hereby entered in favor of  Defendant and against the Plaintiff.  The case is dismissed with

prejudice.

    IT IS SO ORDERED this 15th day of September, 2011.


_____
James M. Moody
United States District Judge